

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2017

No. 04-17-00676-CV

**REAL PROPERTY LOCATED AT 404 FULLER ST**., Kerrville, Kerr County, Texas,
Appellants

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 16620A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Dandy Middleton's notification of late record is hereby granted. The reporter's record is due on or before December 29, 2017.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court